

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00557-CV

**IN RE** Stephanie **RIOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

On September 4, 2015, relator Stephanie Rios filed a petition for writ of mandamus and an emergency motion to abate further proceedings in the trial court pending a ruling on the mandamus petition. The court has considered the motion and petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion to abate further proceedings in the trial court are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 8, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. PR-14-016, styled *In the Estate of Artemio Rios, Deceased*, pending in the County Court at Law, Starr County, Texas, the Honorable Romero Molina presiding.